AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ROSE ASANG GANA, also known as<br>"ROSE NEBANGU," | )<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2013-December 2018__ in the county of _____N/A_____ in the ____N/A____ District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1347 | Health Care Fraud |
| 18 U.S.C. § 1035 | Health Care False Statements |
| 42 U.S.C. §§ 1320a, 1320(b), 1320 (f)(1 – 2) | Anti-Kickback |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jynika Craig, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/08/2019__

*Judge's signature*

City and state: __Washington, D.C__   Robin M. Meriweather, US Magistrate Judge
*Printed name and title*